UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 23-cr-0056 (JEB) |
| | : | |
| WILLIAM HENDRY MELLORS, | : | |
| | : | |
| *Defendant.* | : | |

GOVERNMENT'S SUGGESTION OF DEATH
AND MOTION FOR ABATEMENT OF PROSECUTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter. As grounds for this request, the United States now says that on information and belief the defendant William Mellors died on or about October 10, 2023, in Georgetown, Texas.

Defendant's death is a basis for abatement of all prosecution proceedings from their inception. *See Durham v. United States*, 401 U.S. 481, 483 (1971) (citations omitted).

WHEREFORE, the United States respectfully requests that the prosecution of William Mellors be abated.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Will N. Widman*
WILL N. WIDMAN
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov